United States District Court
Southern District of Texas
**ENTERED**
September 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **LIJIE MA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01574** |
| | § | |
| **ORLANDO PEREZ, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

Pending before the Court is Lijie Ma's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Dkt. 1), Emergency Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. 3), and Emergency Motion for Immediate Issuance of Order to Show Cause and Expedited Briefing Schedule, (Dkt. 4).

Having reviewed the Petition and pending Motions, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition and Motion for Temporary Restraining Order, (Dkts. 1, 3), and serve it on Petitioner no later than **September 11, 2026**, which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. In their Response, Respondents **must include information on how they have treated Petitioner's medical concerns and must attach the medical records they have for Petitioner.** The Court advises Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents' Response on or before **September 14, 2026**.

The Clerk of Court is **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days beforehand** and then inform the Court **IMMEDIATELY** after any transfer or removal occurs.

Accordingly, Petitioner's Emergency Motion for Immediate Issuance of Order to Show Cause and Expedited Briefing Schedule, (Dkt. 4), is **GRANTED IN PART**.

IT IS SO ORDERED.

SIGNED this September 8, 2026.

Diana Saldaña
United States District Judge